United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 16-11356-PC
David L Decret                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-9          User: admin              Page 1 of 2              Date Rcvd: Sep 13, 2017
                              Form ID: 318             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2017.
```
db            +David L Decret,   8605 Santa Monica Blvd., Ste 13555,    West Hollywood, CA 90069-4109
smg           +County Assessor,   County Government Center, Room 100,    San Luis Obispo, CA 93408-0001
37219716       BANK CIC,   300 rue de Saint Honor,    Paris, France
37219717       BANK LAYDERNIER,   10 AVE DU FRHONE,    Annecy, France 74000
37315690       Bank CIC,   300 rue de Saint Honore,    Paris, FRance
37219720       CIC Lyonnaise de Banque,   300 rue St Roch,    Paris, France 75001
37219718      +Catherine M. Ward,   c/o Stephen E. Abraham, Esq.,    1592 Pegasus St.,
                Newport Beach, California 92660-1320
37219719       Christophe Larquemain,   14 Boulevard St Honore,    Paris, France 75008
37315699       David Decret,   33 rue de Cucufa,   Vaucresson, CA  93101
37219721       FRENCH PRO BTP,   PARIS-SEINE CEDEX 15,    Paris , France 75745
37219723       Nicole Decret,   45 Avenue du Petit Port,    Annecy le Vieux, France 74940
37219724      +Public Storage,   7246 Hollister Ave,    Goleta, CA 93117-2807
37219725      +Ray Myer,   100 W. Arrellaga St.,   Santa Barbara, California 93101-2916
37219726       URSSAF,   PARIS-SEINE CEDEX 15,   Paris, France 75745
37315691      +Wells Fargo Dealer Services,   POB 1879,    Winterville, NC 28590-1879
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: BSMCBETH.COM Sep 14 2017 03:48:00      Sandra McBeth (TR),    2236 S. Broadway, Suite J,
                Santa Maria, CA 93454-7800
smg           +E-mail/Text: SBCBankruptcy@co.santa-barbara.ca.us Sep 14 2017 04:03:25       County Tax Collector,
                P.O. Box 357,   Santa Barbara, CA 93102-0357
smg            EDI: EDD.COM Sep 14 2017 03:48:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                P.O. Box 826880,   Sacramento, CA  94280-0001
smg            EDI: CALTAX.COM Sep 14 2017 03:48:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                P.O. Box 2952,   Sacramento, CA  95812-2952
37315689      +EDI: GMACFS.COM Sep 14 2017 03:48:00      Ally Financial,    POB 130424,
                Roseville, MN 55113-0004
37219722      +EDI: IRS.COM Sep 14 2017 03:49:00      Internal Revenue Service,    P.O. Box 7346,
                Philadelphia, Pennsylvania 19101-7346
37315700      +E-mail/Text: artyc@aol.com Sep 14 2017 04:04:18       William C Beall,    1114 State St, Ste 200,
                Santa Barbara, CA 93101-2767
                                                                                                TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             ALLY FINANCIAL
37219715       stat,   Fastcase TopForm,   14.0,   i,   o
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2017 at the address(es) listed below:
```
              Adam N Barasch    on behalf of Creditor    ALLY FINANCIAL anb@severson.com,
               dgl@severson.com;efiling@severson.com
              Sandra McBeth (TR)    jwalker@mcbethlegal.com, CA65@ecfcbis.com
              Stephen Abraham    on behalf of Plaintiff Catherine M. Ward stephen@abraham-lawoffices.com
              United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
              William C Beall    on behalf of Attorney William C. Beall will@beallandburkhardt.com,
               carissa@beallandburkhardt.com
              William C Beall    on behalf of Debtor David L Decret will@beallandburkhardt.com,
               carissa@beallandburkhardt.com
              William C Beall    on behalf of Defendant David L Decret will@beallandburkhardt.com,
               carissa@beallandburkhardt.com
```

```
District/off: 0973-9          User: admin              Page 2 of 2              Date Rcvd: Sep 13, 2017
                              Form ID: 318             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                    TOTAL: 7

Case 9:16-bk-11356-PC    Doc 15    Filed 09/15/17    Entered 09/15/17 21:35:55    Desc
Imaged Certificate of Notice    Page 2 of 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **David L Decret** | Social Security number or ITIN  **xxx–xx–4589** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Central District of California**

Case number:  **9:16–bk–11356–PC**

# Order of Discharge – Chapter 7                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David L Decret
aw Decret Discret Design, dba Decret Design,
faw Decret Design & Construction Corp

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 9/13/17

**Dated:** 9/13/17

**By the court:** Peter Carroll
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**14/AUT**

**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc　　　**Order of Chapter 7 Discharge**　　　page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**